11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Robert Ochoa,                                    * From the 1st Multicounty Court
                                                    at Law of Nolan County,
                                                    Trial Court No. CC-6479.

Vs. No. 11-13-00276-CV                           * December 5, 2013

Janie Christina Ochoa,                           * Per Curiam Memorandum Opinion
                                                    (Panel consists of: Wright, C.J.,
                                                    Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Robert Ochoa.